IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KAREEM MILHOUSE,** | : |
| Plaintiff | : Civ. No. 1:15-cv-1644 |
| v. | : |
| **SMITH, et al.,** | : **Judge Rambo** |
| Defendants | : **Magistrate Judge Carlson** |

## ORDER

AND NOW, this _20_ day of June, 2016, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) The report and recommendation (Doc. 60) is **ADOPTED**;

2) The motion to dismiss (Doc. 46) is GRANTED;

3) These claims shall be litigated in *Milhouse v. Smith*, 1:15-cv-1400;

4) This case is remanded to the magistrate judge for further proceedings.

_____
SYLVIA H. RAMBO
United States District Judge

