IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KAREEM MILHOUSE, :
: Civ. No. 1:15-cv-1644
    Plaintiff :
:
v. :
: Judge Rambo
CHARLES SAMUALS, et al., :
: Magistrate Judge Carlson
    Defendants :

# ORDER

AND NOW, this _20_ day of June, 2016, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) The report and recommendation (Doc. 55) is **ADOPTED**;

2) The Plaintiff's motion for a temporary restraining order is **DENIED**.

_____
SYLVIA H. RAMBO
United States District Judge



FILED
JUN 2 0 2016
PER _____
HARRISBURG, PA   DEPUTY CLERK